# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN ROJAS,

                Appellant,

vs.

THE STATE OF NEVADA,

                Respondent.

No. 79887

**FILED**

NOV 25 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY \_\_\_S. Young\_\_\_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for specific performance of guilty plea agreement. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for specific performance of guilty plea agreement in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. William D. Kephart, District Judge
Steven Rojas
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

19-48108